NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**HARRY BURNETT,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2012-3102

---

Petition for review of the Merit Systems Protection Board in case no. SF0432110400-I-1.

---

## ON MOTION

---

## ORDER

The Department of Justice moves without opposition for a 5-day extension of time, until November 5, 2012, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

HARRY BURNETT v. DOJ                                      2

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27